# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| ROBERT STOCKTON, | : No. 5 EAP 2015 |
| | : |
| Appellant | : Appeal from the Order of Commonwealth |
| | : Court dated November 3, 2014 at No. 90 |
| | : MD 2014 |
| v. | : |
| | : |
| | : |
| | : |
| CHIEF HEARING EXAMINER - ROBIN M. | : |
| LEWIS, JOHN WETZEL, L. OLIVER, J. | : |
| WHITESEL, D. MYER, MANDY J. | : |
| BISER,M.A. MORDER, JOHN | : |
| FISHER,C.O.R.G. WERTZ, CAPTAIN | : |
| SUNDERLAND, AMY HIMES, T. MILLER, | : |
| C.O. BARDT, LT. BARD,C.O. | : |
| HARPSTER , C.O. WILLINSKY, C.O. | : |
| WILSON, C.O. MYERS, DEPT. OF | : |
| CORRECTIONS, J.L. EVERHART, | : |
| | : |
| Appellees | : |

## ORDER

**PER CURIAM**

    **AND NOW,** this 29th day of September, 2015, the Order of the Commonwealth Court is hereby **AFFIRMED**.